## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

        Plaintiff        CIVIL NO. 18-10172

vs.

KEVIN A. YOUNGS

        Defendant

## STIPULATION FOR CONDITIONAL DISMISSAL PURSANT TO THE TERMS OF A COMPROMISE AND SETTLEMENT AGREEMENT AND FOR ENTRY OF CONSENT JUDGMENT IN THE EVENT OF DEFAULT

**WHEREAS**, the Plaintiff, United States of America filed a Complaint in the above captioned matter on June 5, 2018; and

**WHEREAS**, the Defendant, Kevin A. Youngs, received formal service of process in this action, acknowledges receipt of a copy of the Complaint; and

**WHEREAS**, the parties hereto have agreed to resolve this matter; and

**WHEREAS**, the parties have executed a Compromise and Settlement Agreement providing that this case shell be dismissed, conditioned upon the Defendant complying with its terms; and

**WHEREAS**, the said Compromise and Settlement Agreement provides for the entry of a Consent Judgment in the amount of $129,111.84, together with interest and costs of suit as of March 27, 2018, without prior notice to Defendant, upon default of the terms of the Compromise and Settlement Agreement;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned parties this action shall be dismissed conditionally pursuant to

the terms of the Compromise and Settlement Agreement, and that the Judgment shall be entered in favor of the Plaintiff, United States of America and against, Defendant, Kevin A. Youngs, in the amount of $129,111.84, plus post-judgment interest pursuant to 28 U.S.C. § 1961, less any payments made pursuant to the terms of the Compromise and Settlement Agreement between the parties, in the event of a default by Defendant of any of the terms of the Compromise and Settlement Agreement.

Date: 6/27/19

_____
Adam Tuttle, Esquire
1295 Teaneck Road
Teaneck, NJ 07666
Attorney for Defendant

Date: 7/5/19

_____
Caitlin M. Donnelly, Esquire
KML Law Group, P.C.
216 Haddon Avenue
Suite 406
Westmont, NJ 08108
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA

          Plaintiff

CIVIL NO. 18-10172

vs.

KEVIN A. YOUNGS

          Defendant

## STIPULATED ORDER OF CONSENT JUDGMENT

AND NOW, this ___8th___ day of ___July___, 20_19_ after consideration of the Stipulation for Entry of Consent Judgment as agreed to by the parties, IT IS HEREBY ORDERED that Judgment is hereby entered in favor of the UNITED STATES OF AMERICA, and against KEVIN A. YOUNGS, in the amount of $129,111.84, plus post-judgment interest pursuant to 28 U.S.C. § 1961, less any payments made pursuant to the terms of the Compromise and Settlement Agreement between the parties. Plaintiff shall have the right to enforce this Judgment.

BY THE COURT:

_____
Hon. Esther Salas, U.S.D.J.